| | |
|---|---|
| From: | Donald Yee |
| To: | Yitz Kopel |
| Cc: | Alec Leslie |
| Subject: | Re: Spartan Mosquito |
| Date: | Tuesday, March 10, 2020 11:36:50 AM |

Hi. I'm working at home today if you'd like to reach me here (251-626-2326).
Don...

---

Donald A. Yee
Associate Professor

**Board Certified Entomologist in Medical Entomology**

Subject Editor, Journal of Medical Entomology

Yee Mosquito Lab

Follow me on Twitter: @MosquitoLab
Lab Website
Google Scholar
LinkedIn
ResearchGate

School of Biological, Environmental, & Earth Sciences
The University of Southern Mississippi
TEC 104E, 2609 West 4th Street
Hattiesburg, MS 39406-0001

Johnson Science Tower 1014 (Office), 1016 (Research Lab) 601-266-4927

---

On 3/10/2020 11:08 AM, Yitz Kopel wrote:

> Hi Dr. Yee:
>
> I am a consumer protection lawyer in Manhattan and I am investigating Spartan Mosquito. I also have a significant practice of suing distributors of other defective mosquito products. I've been in touch with Josh Neely and Colin Purrington, both of whom suggested that you might be willing to speak with me. Please let me know if you're available to talk by phone.
>
> Thanks,
>
> Yitz Kopel
>
> --

USMPRRHirsch000454

| | |
|---|---|
| From: | Yitz Kopel |
| To: | Donald Yee |
| Subject: | Re: |
| Date: | Thursday, April 30, 2020 2:37:44 PM |

Thanks. I am wrapping things up now. Sorry to bother you again, but please give me a ring if you have a moment.

On Thu, Apr 30, 2020 at 12:47 PM Donald Yee <Donald.Yee@usm.edu> wrote:
> Hi Yitz,
> Here's the message. Some context...When I worked with them in 2017 I put 15 adult mosquitoes in an aquarium with one of their devices and 14 died after 2 days. I was explicit in my email (which is part of the chain) that I don't know why they died but I suggested dehydration. Without a negative control (just mosquitoes in an aquarium with no device) there is no way to know the source of the mortality. He thinks he has me in a contradiction when I told our University basketball couch (who was selling the devices out of the campus facility) that they don't work. At the very end he writes,
> "Would this be a question we could direct to the dean or should we address the inconsistences directly with the University President?"
>
> I take this as a threat (he wants to take this to my bosses). I've not responded to any of his attempts to get clarification.
> Don...
>
>
> -------- Forwarded Message --------
> Date: Tue, 3 Sep 2019 13:06:38 -0500
> From: Spartan Mosquito <info@spartanmosquito.com>
> To: Donald Yee <Donald.Yee@usm.edu>
>
>
> Dr. Yee,
>
> I was wondering why you agreed they could go into the Eradicator and KILL mosquitoes at a 93% kill rate in 48 hours when you studied them, and now you disagree.
>
> This is a copy of your correspondence to our Chemist saying mosquitoes could enter and be killed.
>
> From: Donald A. Yee [mailto:donald.yee@usm.edu]
> Sent: Monday, March 27, 2017 7:39 PM
> To: Chris Bonner
> Subject: more results
>
> Hi Chris,
> My grad student reset things and ran it for 48 hours. Final results (of 15 adult female Ae. aegypti):
>
> 1 alive
> 7 dead at the bottom of the cage
> 7 in the trap