# Jaclyn Frank

| | |
|---|---|
| **From:** | Alan Frank |
| **Sent:** | Wednesday, December 14, 2022 4:42 PM |
| **To:** | ykopel@bursor.com |
| **Cc:** | Evan Frank; Patrick Brown; Jaclyn Frank |
| **Subject:** | Spartan Mosquito v. Purrington - Meet and Confer Request |

Yitz,

Greetings.

Thank you for taking my call a few minutes ago.

As I indicated, I wanted to meet and confer with you before filing a Motion to Compel regarding the Subpoena that we served on you a few weeks ago.

You indicated that you are unavailable this week because you are involved with depositions tomorrow and Friday with our client.

We agreed that you would revert and let me know when you and I can meet and confer.

I indicated that we would be filing the Motion because of an approaching deadline in our case.

Please let me hear from you at your very first convenience.  My mobile number is included below should you wish to reach me after hours or over the weekend.

Thank you.

Alan L. Frank, Esquire
Alan L. Frank Law Associates, P. C.
135 Old York Road
Jenkintown, PA 19046
215.287.7601 – Mobile
215.935.1000 – Office
215.935.1110 – Fax
afrank@alflaw.net
Come visit us at Alflaw.net

ATTENTION:
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)935-1000 or notify us by e-mail at dmcguckin@alflaw.net.