ALAN L. FRANK •*+•
KYLE M. KULZER*+
SAMANTHA A. MILLROOD*+
EVAN L. FRANK *+♪△
JORDAN E. FRANK *+
JACLYN H. FRANK *+♪
JEFFREY J. GOLDIN *+
DANIEL A. ROSS *
PATRICK W. BROWN *■

PARALEGALS
DEBRA E. MCGUCKIN
DEE A. WILK
DAWN M. WELSH

• Certified by the NJ Supreme Court
  as a Civil Trial Attorney
* MEMBER PA BAR
+ MEMBER NJ BAR
• MEMBER NY BAR
♪ MEMBER FL BAR
■ MEMBER DC BAR
△ REGISTERED PATENT ATTORNEY

# ALAN L. FRANK LAW ASSOCIATES, P.C.
## Attorneys at Law

135 OLD YORK ROAD
JENKINTOWN, PA 19046
(215) 935-1000
FAX NO. (215) 935-1110

NEW JERSEY OFFICE

1103 LAUREL OAK ROAD
SUITE 140
VOORHEES, NJ 08043

E-MAIL ADDRESS:
Afrank@alflaw.net

December 15, 2022

**VIA ELECTRONIC FILING**
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

  RE: **Motion to Compel Compliance with Subpoena Directed to Yitzchak Kopel, Esquire, and Bursor & Fisher, P.A. Filed Pursuant to Federal Rule of Civil Procedure 45(d)(2)(A)(1)**

To Whom It May Concern:

Enclosed herewith please find the Motion to Compel Compliance with Subpoena Directed to Yitzchak Kopel, Esquire, and Bursor & Fisher, P.A., filed pursuant to Federal Rule of Civil Procedure 45(d)(2)(A)(1), by Plaintiff, AC2T, Inc., d/b/a Spartan Mosquito, in connection with the matter of *AC2T, Inc., d/b/a Spartan Mosquito v. Colin Purrington* (E.D.P.A. 2:19-cv-05946-RBS).

As detailed in the enclosed Motion, on November 9, 2022, Plaintiff served Mr. Kopel and Bursor & Fisher, P.A., with a copy of Plaintiff's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. Pursuant to this subpoena, Mr. Kopel & Bursor & Fisher, P.A., were required to comply with Plaintiff's subpoena by 12:00 pm on November 29, 2022. They have failed to do so, for which reason Plaintiff now seeks to enforce their compliance.

Please note, it is my understanding that your Office treats a motion of the type enclosed as a Complaint for purposes of filing, and that, upon receipt of this motion, your Office will open a new miscellaneous civil case in this Court, create a case ID number, and assign the enclosed motion to that case ID number. If I have misunderstood any of these points, however, or if Plaintiff must

United States District Court for the Southern District of New York
December 15, 2022
Page 2

take any further action to ensure the proper filing of this motion and commencement of the miscellaneous matter to which it will give rise, please contact me immediately.

Thank you very much for your help in this matter, and happy holidays.

Respectfully,

ALAN L. FRANK, ESQ.

Enclosures:

1. Motion to Compel Compliance with Subpoena Directed to Yitzchak Kopel, Esquire, and Bursor & Fisher, P.A., filed pursuant to Federal Rule of Civil Procedure 45(d)(2)(A)(1), by Plaintiff, AC2T, Inc., d/b/a Spartan Mosquito in connection with the matter of *AC2T, Inc., d/b/a Spartan Mosquito v. Colin Purrington* (E.D.P.A. 2:19-cv-05946-RBS);

2. Proposed Order;

3. Certificate of Service; and

4. Civil Cover Sheet