**Alan L. Frank, Esq.**
**NY Bar No. 4211744**
**Alan L. Frank Law Associates, P.C.**
**45 Broadway, Suite 720**
**New York, NY 10006**
**215-935-1000**
**215-935-1110 (fax)**
**afrank@alflaw.net**
**Counsel for Plaintiff**

| | | |
|---|---|---|
| **AC2T, Inc., d/b/a Spartan Mosquito,** | : | |
| | : | |
| Plaintiff, | : | UNITED STATES DISTRICT COURT |
| | : | SOUTHERN DISTRICT OF |
| v. | : | NEW YORK |
| | : | |
| **Colin Purrington,** | : | Civil Action |
| | : | Case Number: 1:22-mc-00357 |
| Defendant. | : | |
| | : | |
| **AC2T, Inc., d/b/a Spartan Mosquito,** | : | |
| | : | |
| Plaintiff, | : | UNITED STATES DISTRICT COURT |
| | : | EASTERN DISTRICT OF |
| v. | : | PENNSYLVANIA |
| | : | |
| **Colin Purrington,** | : | Civil Action |
| | : | Case Number: 2:19-cv-05946-RBS |
| Defendant. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record by email, and the following by email and First Class Mail:

Yitzchak Kopel, Esq.
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019
ykopel@bursor.com

                                              Respectfully submitted,

                                              __/s/ Alan L. Frank_____
                                              Alan L. Frank, Esq.  (NY #4211744)
                                              Alan L. Frank Law Associates, P.C.
                                              45 Broadway, Suite 720
                                              New York, NY 10006
                                              afrank@alflaw.net
                                              Counsel for Plaintiff

December 15, 2022