| | | |
|---|---|---|
| **AC2T, Inc., d/b/a Spartan Mosquito,** | : | |
| Plaintiff, | : | UNITED STATES DISTRICT COURT |
| | : | SOUTHERN DISTRICT OF |
| v. | : | NEW YORK |
| | : | |
| **Colin Purrington,** | : | Civil Action |
| | : | Case Number: 1:22-mc-00357 |
| Defendant. | : | |
| | : | |
| **AC2T, Inc., d/b/a Spartan Mosquito,** | : | |
| Plaintiff, | : | UNITED STATES DISTRICT COURT |
| | : | EASTERN DISTRICT OF |
| v. | : | PENNSYLVANIA |
| | : | |
| **Colin Purrington,** | : | Civil Action |
| | : | Case Number: 2:19-cv-05946-RBS |
| Defendant. | : | |

## ORDER

AND NOW, this _____ day of _____, 202__, upon consideration of Plaintiff AC2T, Inc. d/b/a Spartan Mosquito's Motion to Compel Compliance with Subpoena Directed to Yitzchak Kopel, Esq. and Bursor & Fisher, P.A., and any response thereto, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that Yitzchak Kopel, Esq. and Bursor & Fisher, P.A. shall provide all documents responsive to the Subpoena within ten (10) days of this Order.

BY THE COURT:

_____