# BURSOR & FISHER
P.A.

**888 SEVENTH AVENUE**
**NEW YORK, NY 10019**
www.bursor.com

**YITZCHAK KOPEL**
Tel: **646.837.7510**
Fax: **212.989.9163**
ykopel@bursor.com

January 5, 2023

*Via ECF*

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  01/10/2023

Re:   *AC2T, Inc. v. Colin Purrington*, Case 1:22-mc-00357-VSB (S.D.N.Y.)

Dear Judge Broderick:

    I represent Respondents to the third-party subpoena in the above-captioned action and I write pursuant to Rule I.G of Your Honor's Individual Rules & Practices in Civil Cases to request a 30-day extension to respond to AC2T, Inc.'s motion to compel. The original due date is January 5, 2023 and there have been no previous requests to extend this deadline. Counsel for AC2T, Inc. consents to this request. The reason for the requested adjournment is because the parties are in the process of discussing the potential to resolve the subpoena short of fully briefing the motion. Accordingly, undersigned counsel requests until Monday, February 6, 2023 to file an opposition to AC2T, Inc.'s motion to compel.

    Thank you for your attention to this matter.

Respectfully,

Y. Kopel

CC: All counsel of record via ECF

Yitzchak Kopel